UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER SHANK (#451620)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

23-108-SDD-SDJ

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated October 23, 2024, to which a *Traverse*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by LeBlanc, Hooper, Lavespere, Bordelon, and Sinegal is GRANTED and all claims against them are DISMISSED WITH PREJUDICE. All claims against Parks and Kono are DISMISSED WITH PREJUDICE, sua sponte, and this case shall be CLOSED.

Signed in Baton Rouge, Louisiana the 16 day of January, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 45.
[2] Rec. Doc. 56.
[3] Rec. Doc. 58.